IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **BRYAN SCOTT COLEMAN,** ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 06-635-GPM |
| ) | |
| **CITY OF EAST ST. LOUIS, ILLINOIS,** ) | |
| a Municipal Corporation, and in their ) | |
| Individual and official capacities, ) | |
| **JAMES MISTER, K. PERRY, M.** ) | |
| **GREGORY, UNKNOWN OFFICERS,** ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT

**DECISION BY THE COURT:**

The Court having been advised by counsel for Plaintiff and Defendants that this action has been settled in its entirety,

**IT IS ORDERED AND ADJUDGED** that, as all matters have been settled between the parties, this action is **DISMISSED with prejudice** pursuant to Order filed April 2, 2007, each party to bear their own costs.

Dated:  June 15, 2007

NORBERT G. JAWORKSI, Clerk of Court

By:   s/ Linda M. Cook
         Deputy Clerk

Approved by:

  s/ G. Patrick Murphy
**G. PATRICK MURPHY**
**CHIEF, UNITED STATES DISTRICT JUDGE**